MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VANN                                v. LEWIS HASTIE RECEIVABLES   No. 06-0095-LAB(LSP)

HON. LEO S. PAPAS       CT. DEPUTY TRISH LOPEZ           Rptr. _____

Attorneys

Plaintiffs                                              Defendants

_____          _____

_____          _____

_____          _____


The date and time of the Settlement Conference on September 11, 2006 at 2:00 PM is vacated and reset for November 1, 2006 at 2:00 PM.

All parties or their representatives who have authority to enter into a binding settlement, in addition to the attorneys participating in the litigation, shall be present at the conference.

"Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).


__X__   Copies to:  Counsel of Record              __X__  Notified by Telephone

DATE:  September 5, 2006                                INITIALS:  __PML__  Deputy

                                                        IT IS SO ORDERED:_____
                                                        Leo S. Papas, US Magistrate Judge

minutes.