# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VANN,<br><br>                    Plaintiff,<br>   vs.<br>LEWIS HASTIE RECEIVABLES, INC., LHR, INC., EQUIFAX INFORMATION SERVICES, LLC., and DOES 1-25, inclusive,<br><br>                    Defendants. | CASE NO. 06cv0095-LAB (LSP)<br><br>**ORDER OF DISMISSAL** |

Following the stipulated dismissal of Defendant Equifax Information Services, LLC, the remaining parties submitted a joint motion stating that they have settled this action its entirety and requesting that it be dismissed with prejudice. This action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: May 31, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge